**MANDATE**

CTDC- NHCT-
01-cr-252
Arterton

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 28th day of July, two thousand and four.

Before:  Hon. Dennis Jacobs,
    Hon. Chester J. Straub,
    Hon. B. D. Parker, Jr.,
        *Circuit Judges*

Docket No. 03-1481

UNITED STATES OF AMERICA,

    *Appellee,*

v.

ALFRED LENOCI, SR.,

    *Defendant-Appellant.*

Appeal from the United States District Court for the District of Connecticut.

This cause came on to be heard on the transcript of record from the United States District Court for the District of Connecticut and was argued by counsel.

On consideration whereof, it is hereby ORDERED, ADJUDGED and DECREED that the judgment of said district court be and it hereby is AFFIRMED in accordance with the opinion of this Court. The Clerk of the Court is directed to forward a certified copy of the opinion to the Chairperson and Chief Counsel of the United States Sentencing Commission. Furthermore, in light of *Blakely v. Washington*, ___U.S.___,2004 WL 1402697 (June 24, 2004), the mandate in this case shall not issue until further direction from the panel.

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by

Arthur M. Heller
Motions Staff Attorney

A TRUE COPY
Roseann B. MacKechnie, CLERK
by
    DEPUTY CLERK

3/7/05

**MANDATE**

CTDC-NHCT
01-cr-252
Arterton

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 7th day of March, two thousand five.

---

UNITED STATES OF AMERICA,
    Appellee,

-v.-

ALFRED LENOCI, SR.,
    Defendant-Appellant.

03-1481

[STAMP: UNITED STATES COURT OF APPEALS FILED MAR 7 2005 SECOND CIRCUIT]

---

### ORDER

In light of the Supreme Court's decision in United States v. Booker, 125 S. Ct. 738 (2005), and this court's decision in United States v. Crosby, No. 03-1675, 2005 WL 240916, 2005 U.S. App. LEXIS 1699 (2d Cir. Feb. 2, 2005), this case is remanded to the district court for further proceedings in conformity with Crosby.

The disposition in the opinion or order previously issued in connection with this appeal is hereby made part of this order and is fully effective, except to the extent that it is inconsistent with the present remand in conformity with Crosby.

Any appeal taken from the district court following this remand and resentencing, if it occurs, can be initiated only by filing a new notice of appeal. See Fed. R. App. P. 3, 4(b).

A party will not waive or forfeit any appropriate argument on remand or on any appeal post-remand by not filing a petition for rehearing of this remand order.

FOR THE COURT,
ROSEANN B. MacKECHNIE, Clerk

By /s/ Lucille Carr

A TRUE COPY
Roseann B. MacKechnie, CLERK
by /s/
DEPUTY CLERK

Certified: 3/7/05