**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

**UNITED STATES OF AMERICA**         :

**v.**                                :    **CASE NO. 3:01cr252 (JBA)**

**ALFRED LENOCI, SR**                 :

## SCHEDULING ORDER

        Pursuant to the scheduling conference held on the record of October 26, 2005 as to the United States Court of Appeal remand under <u>Crosby</u>.  The following schedule is Ordered:

1. Parties' briefs on scope of <u>Crosby</u> remand shall be filed by November 21, 2005.

2. All replies shall be filed by November 30, 2005.

        IT IS SO ORDERED.


    ____/s/_____
    Janet Bond Arterton, U.S.D.J.


Dated at New Haven, Connecticut: October 27, 2005