# EXHIBIT A

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

\*   \*   \*   \*   \*   \*   \*

UNITED STATES OF AMERICA    \*

            \* Case No 3:01CR252(JBA)

      VS.                \*

ALFRED LENOCI, SR       \* JULY 22, 2003

\*   \*   \*   \*   \*   \*   \*   \*


SENTENCING TRANSCRIPT

VOLUME I

B E F O R E:

      THE HON. JANET BOND ARTERTON, U.S.D.J.


APPEARANCES:

      FOR THE GOVERNMENT:
      UNITED STATES ATTORNEY'S OFFICE
      157 Church Street
      New Haven, Ct.   06510
      BY:   MICHAEL SKLAIRE, ESQ.
           RONALD APTER, ESQ.


      FOR THE DEFENDANT:
      JACOBS, GRUDBERG, BELT & DOW
      350 Orange Street
      New Haven, Ct.
      BY:   IRA GRUDBERG, ESQ.

                   Sharon Montini
              Official Court Reporter

For what he did here, obviously the
Court, the government, everyone else is entitled to
an apology, but he, as you know, is 68 years old.
As Mr. Apter says, he's got lousy health.  He's
blind in one eye.  He had a heart attack eight
years ago, underwent cardiac catheterization at the
age of 60.  Significant myocardial infarct, he's
hypertensive, high cholesterol, diabetic,
arteriosclerotic heart disease.  He's not a very
healthy man.

Most recently there was a serious
question of prostate cancer which, as I reported to
Mr. Maxwell, appears to be lesser of a problem, but
they don't know.  The report that we gave indicated
that his PSA had been under four, which is really
not teeny, and was up to about 5 and a half before
the most recent medication, but I can't stand here
and tell you that they made a diagnosis of prostate
cancer, but they haven't walked away from it yet
either, they're watching him carefully.

And I think that, you know, there have
been cases, combination of age and health worse
than Mr. Lenoci's which have justified very
significant downward departures, the most notable
being Judge Burns in the Rioux case went down 10 or

12  bases on a combination of health which involved

a kidney transplant 20 years before which hadn't

been a problem, plus good works.

He's got good works, a ton of them, in

addition.  The push to be the best developer, the

biggest developer, I was there when Mr. Lenoci said

something like that, and your Honor is aware of

what income he has just from his present properties

and how relatively modestly they live.  This is a

man who lives in an eight-room home, not a mansion,

and he's not cheap, as we know because he gives

away a bunch, and he's very, very generous to

others, aside from charity, but he has a drive to

be the best I think.  It's not a bad thing for

trial lawyers, it's not a bad thing for anyone.

Clearly they went across the line, but the fact

that he wanted to develop these things, there is

nothing wrong with that.

In the last four or five years, the

impact on him has been very significant.  He has

insomnia, very nervous, he wakes up soaked in

sweat, he's gained weight.  Your Honor knows about

the times he was out in the middle of the night

when his children were younger, concerned with

that.  You know, the Donald Trump thing, I got to

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

\*    \*    \*    \*    \*    \*    \*

UNITED STATES OF AMERICA        \*

\*  Case No 3:01CR252(JBA)

VS.                             \*

ALFRED LENOCI, SR               \* JULY 22, 2003

\*    \*    \*    \*    \*    \*    \*    \*

SENTENCING TRANSCRIPT

VOLUME I

B E F O R E:

        THE HON. JANET BOND ARTERTON, U.S.D.J.

APPEARANCES:

        FOR THE GOVERNMENT:
        UNITED STATES ATTORNEY'S OFFICE
        157 Church Street
        New Haven, Ct.  06510
        BY:  MICHAEL SKLAIRE, ESQ.
             RONALD APTER, ESQ.


        FOR THE DEFENDANT:
        JACOBS, GRUDBERG, BELT & DOW
        350 Orange Street
        New Haven, Ct.
        BY:  IRA GRUDBERG, ESQ.

                        Sharon Montini
                    Official Court Reporter

1    the City of Bridgeport, and anybody else I had any

2    wrongdoings with.  I've really been in jail for

3    three years and can't sleep.  Papers, the TV and

4    the radio destroyed me.  I get up at night and I

5    drive to New York three, four o'clock in the

6    morning, come home to try to sleep.  There is

7    nothing else I could say.  I been in jail for three

8    years.  Thank you.

9              THE COURT:  Thank you.

10             THE DEFENDANT: That's it.

11             THE COURT: Is there anything that needs

12   to be added?  I'd like to take a brief recess at

13   this point.

14             Will the government have anything

15   further when we come back from recess?

16             MR. APTER: No, your Honor.

17             THE COURT: Thank you.

18             (Recess).

19             THE COURT: Mr. Lenoci, will you please

20   come to the lectern.

21             The Court has considered the lengthy

22   arguments this afternoon with respect to how

23   sentence should be imposed and what factors should

24   be considered.  The Court has granted the

25   government's motion for a downward departure based

1  on his cooperation.  The Court knows his

2  cooperation was with respect to -- largely to

3  historical information, largely cumulative, and may

4  have some additional information with respect to a

5  potential tax miscreant.  He did not testify before

6  the grand jury or at trial, although he had agreed

7  to testify about Mr. Schinella and regarding Pinto

8  and Ganim.  He met with the government once.  He

9  cooperated starting in September of '01.

10          Offsetting his cooperation, that has not

11  been of a magnitude or importance as other

12  defendants appearing before the Court, is the

13  unfortunate reality of Mr. Lenoci's health, which

14  is not good and which, therefore, means that a

15  period of incarceration is more difficult. He faces

16  a sentence without departure of 24 to 30 months.

17  His conduct has been that of utilizing a genius for

18  good and for bad.  The testimony and investigation

19  results show that Mr. Lenoci was everywhere and yet

20  nowhere, almost like the Scarlet Pimpernel, you

21  seek him here, you seek him there, you seek him

22  everywhere.  It's been hard to pin down exactly

23  where his generosity has crossed the line, where

24  his genius has been badly used, but it is quite

25  clear both of those things have happened.

1    It is, therefore, the sentence of the

2    Court, of which part will be imposed today, that

3    you be remanded to the custody of the attorney

4    general for a period of 12 months and one day on

5    Counts One and Two concurrently, and thereafter,

6    you serve the first four months of supervised

7    release in home confinement on electronic

8    monitoring with you paying the cost of electronic

9    monitoring.

10    Supervised release, concurrent on Counts

11    One and Two, is for a period of two years.  During

12    that time you will perform 300 hours of community

13    service for a non-profit in Bridgeport that you

14    have not yet contributed to in time or money.  You

15    will disclose to the probation office your

16    financial records as requested and provide copies

17    of tax returns as they are timely filed.  Drug

18    testing will be suspended.

19    There is no restitution applicable, and

20    thus, the views on Bridgeport Harbor Place I and

21    the city are rejected for reasons that I have

22    previously articulated. There is something of an

23    irony, but no dollars ever changed hands as a

24    result of the corrupt agreements with respect to

25    Steel Point, Father Panik and Car Tech.

# EXHIBIT B

LAW OFFICES OF

# Jacobs, Grudberg, Belt & Dow, P.C.

350 ORANGE STREET
POST OFFICE BOX 606
NEW HAVEN, CONNECTICUT 06503-0606

TELEPHONE (203) 772-3100
FAX (203) 772-1691

OUR FILE NUMBER    C01-1023

HOWARD A. JACOBS
IRA B. GRUDBERG
DAVID L. BELT
WILLIAM F. DOW, III
JONATHAN KATZ
WILLIAM M. BLOSS
DAVID T. GRUDBERG
BERNARD CHRISTIANSON
JOSEPH J. PACKTOR
ROSEMARIE PAINE
ALINOR C. STERLING
ANDREW I. SCHAFFER
TRISHA MORRIS PORTO
EDWARD J. McMANUS
JOSHUA D. LANNING

ISRAEL J. JACOBS (1918-1963)

May 16, 2003

Warren Maxwell
United States Probation Officer
157 Church Street
New Haven, CT 06510

Re:  U.S. v. Alfred Lenoci, Sr.

Dear Warren:

In addition to the other information concerning Mr. Lenoci's bad health you have, I enclose something which has just come on the scene. As you can see, he has developed a very significant potential problem with his PSA count and possible prostate cancer. Since this report, I understand he was placed on medication for eight days, and further follow-up blood tests were taken this past Monday, May 12. I am attempting to get reporting from the urologist. I will keep you updated.

Very truly yours,

JACOBS, GRUDBERG, BELT & DOW, P.C.

By_____
Ira B. Grudberg

IBG:lcd
Enclosure
cc: Ronald S. Apter, Esquire
P.S. There will be one further response to the PSA which, unfortunately, I will not be able to file until the first of the week.



Internal Medicine
Endocrinology
Geriatric Medicine

Arnold DoRosario, M.D.
Raymond M. Gabriele, M.D.
Joseph A. Rosa, M.D.
Monica J. Lockwood, M.D.
Amit Rastogi, M.D.
Ioana S. Preda, M.D.

April 24, 2003

Dr. Mitchell Driesman
Cardiac Specialist
999 Silver Lane
Trumbull, CT  06611

RE:  Alfred Lenoci

Dear Mitch:

Al Lenoci was seen today on the 24th of April 2003 for re-evaluation of his diabetes, his thyroid and for what appears to be a change in his PSA being elevated to 5.5.  Mr. Lenoci has been a diabetic of at least 20 years' duration with glycohemoglobins that have not been in target range, his most recent 9.4.  This is a slight improvement from January when it was 11.9.  His glucose was 190.  Lipid profile was in good range which meets criteria of American Diabetes Association and American Heart Association. He does have a history of coronary artery disease which you are well aware of.

Of concern is an elevation in his PSA and I have recommended strongly that he see a urologist for ultrasound and possible biopsy to rule out prostate cancer.  He presently is being maintained on Cardizem 240 mg daily, atenolol 50 mg daily, Synthroid 175 mcg daily.  The patient has no history of chest heaviness or irregular heartbeat at this time.  The patient has no complaints of nausea, vomiting, diarrhea; no dysuria, hematuria nor any symptoms suggestive of prostatic hypertrophy with obstruction. The patient's funduscopic examination demonstrates no evidence of acute bleeding.  The patient's peripheral neurological exam shows sensation to be intact, as well as filament testing.

Plan at this time is to readjust his insulin to improve his control.  I suspect he may be having bouts of hyperglycemia secondary to hypoglycemia since he gets the sensation in the afternoon, and I have diminished his insulin to 26 units in the morning and 20 in the evening. He has been asked to test when he gets the feeling of hypoglycemia.  I will make arrangements with a urologist, Dr. Muldoon for further evaluation of this abnormal PSA and I will also have him be seen again in approximately four to six weeks to reassess his glucose control.

Thank you for your time and consideration of this letter.

Sincerely,

Joseph A. Rosa, M.D.
JR/fb

Commerce Park
4699 Main Street, Suite 105
Bridgeport, CT 06606

(203) 374-6162 • FAX (203) 374-1549

# EXHIBIT C



Arnold E. DoRosario, M.D.
Joseph A. Rosa, M.D.
Amit Rastogi, M.D.
Ioana S. Preda, M.D.
Joseph Tortorello, M.D.

*Internal Medicine*
*Endocrinology*
*Geriatric Medicine*

June 7, 2005

Attorney Ira B. Grudberg
350 Orange Street
Post Office Box 606
New Haven, Connecticut  06503

RE:   Alfred Lenoci
DOB:  4/15/35

Dear Atorrney Grudberg:

Mr. Alfred Lenoci is a patient under my care. Mr. Lenoci was initially seen on January 19, 1990 for diabetes mellitus and hypothyroidism.  Mr. Lenoci's most recent exam was on 4/29/05 with a follow-up visit of approximately 6 weeks on 6/7/05. The frequency of his treatments are every 4-6 weeks in an attempt to maximize insulin therapy to improve his glycemic control and to further treat the underlying complications he has suffered from his diabetes; those being, 1. Maculovascular disease manifested by coronary artery disease and angina.  2.  Peripheral vascular disease. 3. We are attempting to prevent nephropathy by using medications.  4.  He has a history of prostate cancer requiring follow up with his urologist and radiation oncologist.

Mr. Lenoci's prognosis at this point is guarded,  and we are attempting to improve his glycemic control in order to reduce his risk of end organ damage in order to prevent wide fluctuations in blood sugars at the risk of changing mentation.

Briefly, Mr. Lenoci has a history of diabetes mellitus of close to 20 years duration treated with insulin. His insulin has been 70/30 Novolog which is a combination of intermediate acting insulin called NPH and ultra-rapid acting insulin called Novolog.  Mr. Lenoci is on a two dose regimen receiving 25 units of insulin in the a.m. and 35 units of insulin in the evening. He monitors his blood sugars at least 3 times a day and at times has experienced low blood sugar reactions which can be seen with this type of insulin if not monitored closely and meals taken on time.  He also has been treated with Benicar which is an angiotensin receptor blocker in order to treat blood pressure and protect the kidneys from diabetic changes. He is on Tricor 145 mg to treat elevated triglycerides which can contribute to peripheral and coronary artery disease and Lipitor 20 mg in order to bring down his cholesterol, another contributor to coronary artery disease, heart attack and stroke. He takes atenolol as per his cardiologist for his coronary artery disease as a beta blocker.

The patient's laboratory data demonstrated his last hemoglobin A1-C to be quite elevated at 9.0 showing an average blood sugar of 243.  He has shown his triglycerides to be total lipids at 144, LDL responding nicely at 77, triglycerides 153 (close to target).

Mr. Lenoci has a history of peripheral neuropathy and suffered an ulcer on his great toe of the right foot that had required surgical debridement, this approximately 2 years ago. We are monitoring for other signs of breaking in the skin on his feet which could lead to infection and ulceration.

*Commerce Park 4699 Main Street Suite 105 Bridgeport, CT 06606*
*(203) 374-6162  FAX (203) 374-1549*

Lenoci, Alfred
DOB: 4/15/35
Page 2

My concerns for Mr. Lenoci are the following:

1. He will require close monitoring in regard to his diabetes in order to bring his glycohemoglobin to a target range.

2. Mr. Lenoci should remain on this present insulin since this has been proven to be beneficial. It has been made aware to me that in certain situations at state institutions that insulin is substituted to what is on state formulary and glycemic control is not optimized.

3. He will need close monitoring of blood sugars on an every 4-6 week basis in order to maintain the trend in bringing down his glycohemoglobin.

4. He should maintain his current medications; Lipitor, Tricor and Benicar in order to prevent complications and to treat his underlying coronary disease. He will require regular eye exams at 6 month intervals to assess for diabetic retinopathy.

Thank you for your time and consideration of this letter. If further information or questions arise, please contact me.

Sincerely,

Joseph A. Rosa, M.D.
JAR/jmb
05-00302745
DD: 6/7/05  DT: 6/7/05

## *Greater Bridgeport Urology*

Lawrence D. Muldoon, M.D.
William C. Weed, M.D.
Roger S. Schual, M.D.
Kenneth A. Kingsly, M.D.

June 2, 2005

Ira Grudberg
350 Orange Street
Post Office Box 606
New Haven, Ct.  06503-0606

Re: Alfred Lenoci

Dear Mr. Grudberg,
As you requested I will try to summarize Mr. Alfred Lenoci's (DOB 4/15/35) urologic history, treatment and prognosis.

I first saw Mr. Lenoci in May 2003 after Dr. Rosa, his internist, noted a rise in his PSA (prostate specific antigen). At the time he was a 69 year old gentleman with diabetes and heart disease, having had a heart attack and angioplasties several years prior. His family history was negative for prostate disease and physical exam was normal. Since there are other conditions such as prostatitis (infection) that can cause the PSA elevation, I treated him with an antibiotic and rechecked the PSA which dropped significantly into the normal range.

Over the following 18 months his PSA fluctuated around 4.0, the upper limit of normal and Mr. Lenoci preferred to observe rather than have an ultrasound and biopsy. However in November of 2004 his PSA rose to 8.1 and given the substantial rise, he agreed to prostate ultrasound and biopsy which revealed prostate cancer and prostatic intraepithelial neoplasia. After a discussion of treatment options he was treated with a course of external beam radiation to the pelvis over a 7 week period that ended quite recently. He has suffered some of the side effects of radiation, most notably, increased frequency of bowel movements attributable to irritation of the rectum by radiation. Other frequent side effects that we will be monitoring him for include urinary frequency, pain with urination, rectal pain, rectal bleeding, urinary bleeding and fatigue, some of which can occur long after treatment is finished.

### Greater Bridgeport Urology

Lawrence D. Muldoon, M.D.
William C. Weed, M.D.
Roger S. Schual, M.D.
Kenneth A. Kingsly, M.D.

I have not seen Mr. Lenoci in the office since he has completed his radiation, but his post treatment PSA is improved @ 1.9. His prognosis for cancer free survival is in the range of 80-85%, but we will need to monitor him closely for any signs of relapse/recurrence or metastatic progression, any of which could require additional treatment. We will also need to monitor him closely for the above mentioned side effects of the radiation which can be serious and disabling.

I am enclosing a copy of Mr. Lenoci's records from our office as you requested.

Sincerely,

Lawrence D. Muldoon, M.D.

# *Greater Bridgeport Urology*

Lawrence D. Muldoon, M.D.
William C. Weed, M.D.
Roger S. Schual, M.D.
Kenneth A. Kingsly, M.D.

November 16, 2004

Joseph Rosa, M.D.
4699 Main Street Suite 105
Bridgeport, CT. 06606

Re: Alfred Lenoci

Dear Joe,

I saw Alfred Lenoci today and unfortunately his PSA has risen to 8.1. Prior to this he has always been in the 4-5 range and had elected to observe rather than biopsy.

However, now that the PSA has risen significantly without sign or symptoms of prostatitis, he has agreed to a prostate ultrasound and biopsy to check for the presence of cancer. We have scheduled this for December 2nd, off aspirin for seven days.

Sincerely,

Lawrence D. Muldoon, M.D.

## Greater Bridgeport Urology

Lawrence D. Muldoon, M.D.
William C. Weed, M.D.
Roger S. Schual, M.D.
Kenneth A. Kingsly, M.D.

July 15,2004

Joseph Rosa, M.D.
4699 Main Street
Bridgeport, CT  06606

Re:   Alfred Lenoci (DOB 4/15/1935)

Dear Joe,

Alfred Lenoci continues to have an abnormal PSA, currently 4.6 (range 3.2-5.5) His exam and urinalysis are unchanged. We again discussed the risk of prostate cancer, which I would estimate at 16-20% and the pros and cons of prostate ultrasound and biopsy versus observation and close follow up with lab work and Digital rectal exams. He is most comfortable with the latter and will follow up here with a PSA November in 2004.

Sincerely,

Lawrence D. Muldoon, M.D.

# St.Vincent's
### Medical Center

May 4, 2005

To whom it may concern:

This letter is written on behalf on Mr. Alfred Lenoci, Sr..  He recently completed an 8 week course of external beam radiation therapy for prostate cancer. Potential complications include changes in urination, urinary retention, and rectal bleeding.  It is of the utmost importance that close follow up occurs by both his Urologist and Radiation Oncologist in an attempt to address any potential treatment-related issues and monitor the status of his cancer.

Please feel free to contact me for any additional information at (203) 576-5085.

Sincerely,

Christopher M. Iannuzzi, MD
Medical Director
Radiation Oncology

2800 Main Street • Bridgeport, Connecticut 06606 • (203) 576-6000 • www.stvincents.org

Affiliate: New York-Presbyterian Healthcare System
Columbia University College of Physicians & Surgeons

ASCENSION
HEALTH

FINDINGS:

| DATE: | |
|---|---|
| 10/15/04 | |

SYMPTOMS: RE/LE: Blurred vision near/far  Burning  Crusting  Discharge  Diplopia  Dryness  Foreign body feeling
*OS*
Flashes  Floaters  Glare  Headaches  Itching  Pain  Redness  Photophobia  Sandy  Swelling  Tearing

DIFFICULTY WITH: RE/LE: Day driving  Night driving  Road signs  TV  Small print  Stairs  Color perception
*OS*

H/O: Cataracts  Diabetes  Glaucoma  Glaucoma suspect  Mac degeneration  Iritis/Uveitis

Eye surgery: _Full Extra_

HPI: *Aphakia (RE)*

*"Things seem Darker" ō OS.*

PMH/SURGERIES: see problem list   _Same_
MEDICATIONS: see problem list   _Same_
ALLERGIES:  see problem list   _NKA_

ROS:+/- GEN'L:   EYES:   ENT:   RESP:   CV: +  GI: +  GU:   DERM: —  HEME/ONC: —  NEURO: —
PSYCH:   MUS/SKEL: —  ENDO: +  ALLERGY/IMMUN: —

_IDDM    BP ↑    CAD_
_Hypothyroid    Splenuclid_

FAM HX: see problem list  ⊕ _DM, CAD_
SOC HX: —
tobacco: _no_
alcohol: _occas_

EXAM:
ORIENTED: person, place, and time   MOOD/AFFECT: appropriate  other:

**V** OD
OS 20/40+2

**W**ears OD  +1.25                              NEAR:
OS +3.00 -1.20 x 95          +2.75 add
OD                                +1.50 cont.
OS

Cyclo./Mfst. **Rfn:** OD (+15.00 -2.25 x 10) = _Balance_ = 20/   NEAR:
OS +3.50 -1.25 x 95                                    /50+2
= 20/30 —          +2.75 add = 20/
                                                          /30 —

_RG given_

| NORMAL | ABNORMAL/COMMENTS |
|---|---|
| OD   OS | |

Confrontation fields:
Eoms: (motility, alignment)
Pupils: (ERRLA)   _irreg RE_
Adnexae/Lids:
Color vision:
Fusion:

Amsler grid:

NAME: LENOCI ALFRED          CASE# 18476   PAGE# 33

residual
lens FINDINGS:

| NORMAL | | | ABNORMAL/COMMENTS |
|---|---|---|---|

**OD   OS**

RE

✓   ✓   SL: Conj:

Corneas:

Ab  ✓   Irides/AC:      iris

Ab  ✓   Lens:   aphakia RE

T_a: OD      OS     16          Gonioscopy:   ⊗   ⊗
        16          16

**Fundi:**(dil myd 1/2%) myd 1% NS 10%)
                    out

✓   Discs:
850      cup         o/c o/d
                                O

✓   Vessels:
✓   Maculas:      No retinopathy
✓   Periphery:    AV

IMP/PLANS: 1) aphakia RE
2) Diabetes c retinopathy

L. Manjoney MD

LENOCI, Alfred                        **Surgical Pathology Report**                        S04-16676

D. Prostate tissue, left base, 2 cores: Received in formalin are two tan-white 1.6 x 0.1cm irregular to cylindrical soft tissue cores. Totally submitted one cassette.

E. Prostate tissue, left mid, 2 cores: Received in formalin are two tan-white to 2.0 x 0.1cm irregular two cylindrical soft tissue cores. Totally submitted one cassette.

F. Prostate tissue, left apex, 3 cores: Received in formalin are three tan-white irregular to cylindrical soft tissue cores ranging from 1.0 to 2.0 x 0.1cm. Totally submitted one cassette.

_tas/12/3/2004_                                                        _Tara A. Shea, P.A._

**Procedures/Addenda**
**Addendum**                  **Date Ordered:** 12/15/2004    **Status:** Signed Out
                              **Date Complete:** 12/15/2004
                              **Date Reported:** 12/15/2004

**Addendum**
This case was seen at Columbia Presbyterian; their report is as follows:

GROSS DESCRIPTION:
S04-16676 (6 stained, 24 unstained slides). St. Vincent's Medical Center.

MICROSCOPIC DESCRIPTION:
The patient's name is printed on the H&E stained slide labels. The accession number printed or written on all slide labels corresponds to the number on the submitted pathology report bearing this patient's name. The slides contain prostate biopsies obtained 12-2-04.

Six of the slides are H&E stained slides. These are designated A through F. According to the accompanying report, these are from right base, right mid, right apex, left base, left mid, and left apex respectively.

The slides contain multiple partly fragmented needle core biopsies of prostate featuring a background of benign hyperplasia and patchy foci of acute and chronic inflammation with glandular atrophy.

Present at the extreme pole of one core fragment in part C is a collection of atypical small glands. This focus represents at least high grade PIN, but may in fact be invasive carcinoma. Immunostains have been performed on the submitted unstained slides for part C. with both p63 and HMWK, the glands of interest have no basal cell layer supporting the diagnosis of invasive carcinoma. The focus measures less than 0.5 mm. and occupies less than 5% of the tissue in the slide, and less than 1% of the total tissue in all slides.

In parts A and B, there are several large ducts showing partial involvement yb high grade PIN. Immunostaining for raemase has been done, and supports this impression.

DIAGNOSIS(ES):
Outside consultation:
  1. Hyperplasia with focal high grade intraepithelial neoplasia of prostate.
  2. Adenocarcinoma of prostate (Gleason's score 6) (single small focus in right apex).
  3. Focal acute and chronic inflammation with atrophy of prostate.

Kathleen M. O'Toole, M.D.

Katherine Wagner-Reiss, M.D.



**St. Vincent's Medical Center**
**Department of Laboratory Medicine**
2800 Main St.
Bridgeport, CT 06606
(203) 576-5032

S04-16676
MR Number: **Not Entered**
Account Number: **S2004-16676**
Location: OF

# SURGICAL PATHOLOGY CONSULTATION

| | | | | | |
|---|---|---|---|---|---|
| Date of Service: | 12/2/2004 | Physician: | Lawrence Muldoon M.D. | DOB: | 4/15/1935 |
| Date Received: | 12/3/2004 | | | Age/Gender: | 69 / M |
| Date Reported: | 12/6/2004 | Copy To: | | | |

## DIAGNOSIS

**A. Prostate tissue, right base, 2 cores: Benign prostatic glands and stroma – focal acute inflammation.**

**B. Prostate tissue, right mid, 2 cores: Benign prostatic glands and stroma.**

**C. Prostate tissue, right apex, 3 cores: Few atypical glands – await Columbia consultation for final diagnosis.**

**D. Prostate tissue, left base, 2 cores: Benign prostatic glands and stroma.**

**E. Prostate tissue, left mid, 2 cores: Benign prostatic glands and stroma.**

**F. Prostate tissue, left apex, 3 cores: Benign prostatic glands and stroma – focal acute inflammation.**

ckc/12/6/2004

***Electronically Signed Out***
Katherine Wagner-Reiss, M.D.
12/06/2004

## Clinical Information
Elevated PSA

## Specimen(s) Received
A: Prostate tissue, right base, 2 cores
B: Prostate tissue, right mid, 2 cores
C: Prostate tissue, right apex, 3 cores
D: Prostate tissue, left base, 2 cores
E: Prostate tissue, left mid, 2 cores
F: Prostate tissue, left apex, 3 cores

## Gross Description
A. Prostate tissue, right base, 2 cores: Received in formalin are two tan-white irregular two cylindrical soft tissues ranging from 1.0 to 2.0 x 0.1 cm. Totally submitted one cassette.

B. Prostate tissue, right mid, 2 cores: Received in formalin are two tan-white irregular to cylindrical soft tissue cores ranging from 1.1 cm to 2.1 to 0.1 cm. Totally submitted one cassette.

C. Prostate tissue, right apex, 3 cores: Received in formalin are three tan-white irregular to cylindrical soft tissue cores ranging from 1.0 to 1.6 x 0.1cm. Totally submitted one cassette.

- Dr. Maddoy

# College of Physicians & Surgeons of Columbia University

630 West 168th Street   New York, New York  10032
212-305-4840   Fax# 212-305-2301

Name:      **LENOCI, ALFRED**
MRN:       4915081
D.O.B.     4/15/1935 (Age: 69)
Sex:       M
Location:  OUTPATIENT

Path No.:   **PS04-1738**

Date Received: 12/13/2004
Physician:     Katherine Wagner-Reiss, MD
               St. Vincent's Medical Center
               Dept. of Pathology
               2800 Main Street
               Bridgeport, CT  06606

## COLUMBIA CONSULTATION DIAGNOSTIC LABORATORIES

### SPECIMEN:
Outside consultation

### GROSS DESCRIPTION:
S04-16676 (6 stained, 24 unstained slides).  St. Vincent's Medical Center.

### MICROSCOPIC DESCRIPTION:
The patient's name is printed on the H&E stained slide labels.  The accession number printed or written on all slide labels corresponds to the number on the submitted pathology report bearing this patient's name.  The slides contain prostate biopsies obtained 12/02/04.

Six of the slides are H&E stained slides.  These are designated A through F.  According to the accompanying report, these are from right base, right mid, right apex, left base, left mid, and left apex respectively.

The slides contain multiple partly fragmented needle core biopsies of prostate featuring a background of benign hyperplasia and patchy foci of acute and chronic inflammation with glandular atrophy.

Present at the extreme pole of one core fragment in part C is a collection of atypical small glands.  This focus represents at least high grade PIN, but may in fact be invasive carcinoma.  Immunostains have been performed on the submitted unstained slides for part C.  With both p63 and HMWK, the glands of interest have no basal cell layer, supporting the diagnosis of invasive carcinoma.  the focus measures less than 0.5mm, and occupies less than 5% of the tissue in the slide, and less than 1% of the total tissue in all slides.

In parts A and B, there are several large ducts showing partial involvement by high grade PIN.  Immunostaining for racemase has been done, and supports this impression.

## DIAGNOSIS(ES):
**Outside consultation:**
1.  **Hyperplasia with focal high grade intraepithelial neoplasia of prostate.**
2.  **Adenocarcinoma of prostae (Gleason's score 6) (single small focus in right apex).**
3.  **Focal acute and chronic inflammation with atrophy of prostate.**

**Date Dictated: 12/13/04**

ST. VINCENT'S MEDICAL CENTER
BRIDGEPORT, CT   06606

RADIATION ONCOLOGY CLOSING NOTE

PATIENT NAME:LENOCI, Alfred
ACCOUNT #:069265536
MR #:00105204

DATE:  03/15/2005.

REFERRING PHYSICIAN:  LAWRENCE MULDOON, MD.
PRIMARY CARE PHYSICIAN:  MICHAEL CAVALIERE, MD.

Mr. Lenoci is a 69-year-old male with a T1c adenocarcinoma of the prostate with a Gleason Score of 6 and a maximal PSA of 8.1. He now completes a course of definitive external beam radiation therapy to a dose of 7560 cGy.

The patient was simulated in the supine position. A Vac-Lok device was made for custom immobilization. A CT scan was performed for three-dimensional treatment planning and IMRT planning purposes. The initial fields included the prostate and seminal vesicles with a generous margin. A six-field technique was utilized to deliver 4500 cGy in 25 equal fractions using 23 MV photons. Customized multileaf collimation was utilized with each field. A cone-down field that included the prostate alone with margin was designed using IMRT techniques. Inverse treatment planning was utilized to maximize dose to the prostate and minimize dose to the normal surrounding structures. A seven-field technique using 6 MV photons delivered an additional 3060 cGy in 17 equal fractions. Rigorous quality assurance measures were undertaken including ion chamber and film dosimetry. Diodes were placed on the patient's skin during the first treatment of the cone-down field to verify dose delivery. The total dose delivered to the primary site was 7560 cGy.

Radiation began on 01/17/05 and was completed on 03/15/05.

The patient tolerated radiation therapy without untoward side effects or complications. He required no excessive treatment breaks or interruptions.

He is scheduled to be seen in one month for routine evaluation.

CHRISTOPHER IANNUZZI, MD

Transcribed:TMI-MASS IMPORT, USER          /EDIX          16Mar05
Altered:    TMI-MASS IMPORT, USER          /EDIX          16Mar05

Signed by:  IANNUZZI, CHRISTOPHER                        16Mar05

ST. VINCENT'S MEDICAL CENTER
BRIDGEPORT, CT  06606

RADIATION ONCOLOGY CONSULTATION FOLLOW UP NOTE-COPY

PATIENT NAME:LENOCI, Alfred
ACCOUNT #:069265536
MR #:00105204

DATE:  04/12/2005.

REFERRING PHYSICIAN: LAWRENCE MULDOON, MD.
PRIMARY PHYSICIAN: MICHAEL CAVALIERE, MD.

Mr. Lenoci is a 69-year-old male with a T1c adenocarcinoma of the
prostate with a Gleason Score of 6 and a maximal PSA of 8.1. He
received a definitive course of external beam radiation therapy
to a dose of 7560 cGy and returns one month later for evaluation.

The patient states that he is feeling well. He offers no specific
complaints. He denies anorexia, weight loss, or bone pain. His
urinary status has been relatively stable with no significant
nocturia, urgency, or daytime frequency. He also denies hematuria.
His bowel movements have been somewhat more frequent but he
denies diarrhea and will be restarting Metamucil which has been
helpful in the past. His erectile function remains unchanged.

PHYSICAL EXAMINATION:
Physical examination deferred.

ASSESSMENT AND PLAN:
Mr. Lenoci appears to be recovering well following external beam
radiation therapy for early stage prostate cancer. He requires no
pharmacologic intervention for his urination. He will restart
Metamucil to help regulate bowel movements. A PSA will be
collected today. I will see him in three months for routine
evaluation.

CHRISTOPHER IANNUZZI, MD

PSA=1.9

Transcribed:TMI-MASS IMPORT, USER          EDIX          13Apr05
Altered:    TMI-MASS IMPORT, USER          EDIX          13Apr05

Signed by:  IANNUZZI, CHRISTOPHER                        14Apr05

PLEASE NOTE:
Date on SIGNED BY line above indicates an authenticated report.

ST. VINCENT'S MEDICAL CENTER
BRIDGEPORT, CT  06606

RADIATION ONCOLOGY CONSULTATION

PATIENT NAME:LENOCI, Alfred
ACCOUNT #:069265536
MR #:00105204

REFERRING PHYSICIAN:  Dr. Lawrence Muldoon.
PRIMARY PHYSICIAN:  Dr. Michael Cavaliere.
DATE OF CONSULTATION: 12/28/2004

Mr. Lenoci is a 69-year-old male who has been having his PSA
followed by Dr. Muldoon for the last 2 years and was found to
have an elevation of 8.1.  He has had prior elevations in the 4-5
range but opted for observation rather than biopsy.  Based on
this most recent value, the patient underwent a transrectal
ultrasound and needle-guided biopsy of the prostate on 12/02/04.
His prostate measured approximately 92 grams.  There were no
hypoechoic lesions.  The seminal vesicles appeared normal.  Seven
biopsies were taken from each lobe.  The pathology revealed a few
atypical cells as read at St. Vincent's Medical Center, but an
outside consultation at Columbia Presbyterian revealed Gleason 6
adenocarcinoma within a single focus of the right apex as well as
surrounding high-grade PIN.  The patient had an extent of disease
evaluation that included a chest x-ray as well as a CT of the
abdomen and pelvis that revealed some mild bladder wall thickening
likely related to his BPH, but no evidence of distant disease.

The patient has good urinary function and denies decreased flow.
He has nocturia 1-2 times nightly and only occasional incomplete
emptying.  He denies hesitancy or dysuria.  His bowel movements
are normal.  He has good erectile function.

He denies anorexia, weight loss or bone pain.

PAST MEDICAL HISTORY:
1.   Hypercholesterolemia.
2.   Hypothyroidism.
3.   Coronary artery disease, status post MI 15 years ago
requiring single vessel angioplasty.
4.   Diabetes mellitus for the last 5 years, being cared for under
the direction of Dr. Joseph Rosa.

PAST SURGICAL HISTORY:
Shot in the right eye with a BB at age 13.

MEDICATIONS:
1.   Synthroid.
2.   Cardizem.
3.   Atenolol.
4.   Insulin.
5.   Lipitor.
6.   Vitamin E.
7.   Multivitamin.

ALLERGIES:
NO KNOWN DRUG ALLERGIES.

ST. VINCENT'S MEDICAL CENTER
BRIDGEPORT, CT 06606

RADIATION ONCOLOGY CONSULTATION

PATIENT NAME:LENOCI, Alfred
ACCOUNT #:069265536
MR #:00105204


FAMILY HISTORY:
Negative for malignancy.

SOCIAL HISTORY:
The patient is married and has 2 sons. He is a real estate
developer. He quit smoking 40 years ago. He drinks 2-4 glasses
of hard liquor per day. He denies intravenous drug abuse.

REVIEW OF SYSTEMS:
He reports no neuropsychiatric illness. He has no headaches,
blurred vision or slurred speech. He has no abdominal pain or
discomfort. He has no difficulty swallowing. He has no chest
pain or shortness of breath. His urination, bowel movements, and
erectile function are described above. He has no constitutional
symptoms. He has no skin changes or endocrinologic changes. He
has no neurologic symptoms.

PHYSICAL EXAM:
He is a well-developed, well-nourished male in no acute distress,
appearing his stated age.
VITAL SIGNS: His vital signs are stable. His Karnofsky
performance status is 100 percent.
HEENT: Exam is grossly within normal limits. He has no palpable
cervical or supraclavicular adenopathy. His oral cavity is moist
without lesions.
NECK: Supple.
LUNGS: Clear to auscultation bilaterally.
HEART: His heart has a regular rate and rhythm with no murmurs.
ABDOMEN: His abdomen is soft without masses. He has no
hepatosplenomegaly. He has no abnormal inguinal adenopathy.
RECTAL: His rectal exam reveals normal sphincter tone and a
large but smooth and soft prostate with no discrete areas of
induration or nodularity. There was no blood on the examination
finger.
EXTREMITIES: Without cyanosis, clubbing, or edema.
NEUROLOGIC: Neurologic exam nonfocal.

ASSESSMENT AND PLAN:
Mr. Lenoci is a 69-year-old male recently diagnosed with a T1c
adenocarcinoma of the prostate with a Gleason score of 6 and
maximal PSA of 8.1. He has a very high likelihood of having
organ-confined disease. He is relatively asymptomatic despite
his enlarged prostate. His extent of disease evaluation has been
negative.

We had a lengthy discussion regarding the treatment options for
early stage prostate cancer that include watchful waiting,
radical prostatectomy, brachytherapy, and external beam radiation
therapy with IMRT techniques. I do not favor watchful waiting,

ST. VINCENT'S MEDICAL CENTER
BRIDGEPORT, CT  06606

RADIATION ONCOLOGY CONSULTATION

PATIENT NAME:LENOCI, Alfred
ACCOUNT #:069265536
MR #:00105204

because he likely has a greater than 10 year life expectancy.  He
is not an ideal surgical candidate given his history of diabetes
and heart disease.  I would also hesitate offering a radiation
seed implant unless his prostate could be downsized to below 60
grams, which would be difficult given that maximal downsizing is
generally approximately 25-30 percent with hormone therapy.  I
think the most reasonable option is external beam radiation therapy
which can offer him an excellent chance of disease control.  We
discussed the risks and benefits of each of these treatment modalities
and the patient would like 2-3 weeks to contemplate his options
prior to making a definitive decision.

Thank you for the courtesy of this referral and allowing me the
opportunity to take part in the care of this patient.

CHRISTOPHER IANNUZZI, MD


CC: JOSEPH ROSA, MD




Transcribed:TMI-MASS IMPORT, USER          EDIX          28Dec04
Altered:    TMI-MASS IMPORT, USER          EDIX          28Dec04

Signed by:  IANNUZZI, CHRISTOPHER                        28Dec04

PLEASE NOTE:
 Date on SIGNED BY line above indicates an authenticated report.

## MEDICATION LIST
### Please include all medications
### you are currently taking
### Daily

Synthroid .0175 mg – 1

CARDIZEM CD 240MG – 1

Atenolol 25MG - 1

( INSULIN – Novolin

( 70/30 INJECTION - 2X DAY

Glucophage 500mg

### As Needed

### Nonprescription

VitE 400 IU — 1

Multivitamin — 1

81 MG-ENTERIC-ASPIRIN – 1

over ⟶

```
03-Dec-03
```

```
                          P A T I E N T   H I S T O R Y
```

```
                  Date Range:  01/01/03   TO   12/03/03
                  Drug Class Range:            TO
```

```
        ALFRED G      LENOCI                    ECKERD DRUGS #5689
        18 THE CIRCLE                           525 TUNXIS HILL ROAD
        EASTON        CT 06612                  FAIRFIELD    CT 06825
        (203)372-2295                           License #
        Birthdate: 04/15/35  Sex: M
        Social Security No: 000000000
```

| Date | Rx No. | Ref. No. | Drug Name | Unit | NDC | Dispensed Qty | Day Sup | Doctor Name | R.Ph. Init. | Third Party Authorization | Patient Pays |
|------|--------|----------|-----------|------|-----|---------------|---------|-------------|-------------|---------------------------|--------------|
| 01/13/03 | 6474228 | 02 | LIPITOR 10MG TABS | TA | 00071-0155-23 | 30.000 | 30 | Dr.DRIESMAN | WR | 03104247108840 | 15.00 |
| 01/23/03 | 7476773 | 01 | INSULIN NOVOLIN 70/30 | ML | 00169-1837-11 | 20.000 | 30 | Dr.ROSA | JA | 03104333293862 | .00 |
| 01/24/03 | 6469840 | 02 | SYNTHROID 0.175MG TABS | TA | 00074-7070-13 | 30.000 | 30 | Dr.ROSA | JA | 03104341659254 | 15.00 |
| 01/24/03 | 6479262 | 01 | ATENOLOL 25MG TABS | TA | 53489-0536-01 | 30.000 | 30 | Dr.DRIESMAN | JA | 03104341661393 | 5.00 |
| 01/28/03 | 6483537 | 00 | DILTIAZEM ER 240MG CAPS | CA | 00093-5118-98 | 30.000 | 30 | Dr.DRIESMAN | JA | 03104378823066 | 5.00 |
| 02/12/03 | 6474228 | 03 | LIPITOR 10MG TABS | TA | 00071-0155-23 | 30.000 | 30 | Dr.DRIESMAN | SS | 03104505696036 | 15.00 |
| 02/23/03 | 6479262 | 02 | ATENOLOL 25MG TABS | TA | 53489-0536-01 | 30.000 | 30 | Dr.DRIESMAN | TP | 03104601100028 | 5.00 |
| 02/23/03 | 6469840 | 03 | SYNTHROID 0.175MG TABS | TA | 00074-7070-13 | 30.000 | 30 | Dr.ROSA | TP | 03104601099075 | 15.00 |
| 02/28/03 | 6483537 | 01 | DILTIAZEM ER 240MG CAPS | CA | 00093-5118-98 | 30.000 | 30 | Dr.DRIESMAN | JA | 03104643927684 | 5.00 |
| 03/10/03 | 7493237 | 00 | INSULIN NOVOLIN 70/30 | ML | 00169-1837-11 | 20.000 | 30 | Dr.ROSA | JA | 03104730923599 | .00 |
| 03/14/03 | 6488963 | 00 | LIPITOR 10MG TABS | TA | 00071-0155-23 | 30.000 | 30 | Dr.DRIESMAN | JA | 03104766980940 | 15.00 |
| 03/25/03 | 6479262 | 03 | ATENOLOL 25MG TABS | TA | 53489-0536-01 | 30.000 | 30 | Dr.DRIESMAN | KAY | 03104859984114 | 5.00 |
| 03/25/03 | 6490042 | 00 | SYNTHROID 0.175MG TABS | TA | 00074-7070-13 | 30.000 | 30 | Dr.ROSA | KAY | 03104861214428 | 15.00 |
| 03/31/03 | 6483537 | 02 | DILTIAZEM ER 240MG CAPS | CA | 00093-5118-98 | 30.000 | 30 | Dr.DRIESMAN | JA | 03104913028305 | 5.00 |
| 04/03/03 | 6491016 | 00 | AMOXICILLIN 500MG CAPS | CA | 00093-3109-05 | 21.000 | 7 | Dr.GALIANI | JA | 03104938184186 | 5.00 |
| 04/13/03 | 6488963 | 01 | LIPITOR 10MG TABS | TA | 00071-0155-23 | 30.000 | 30 | Dr.DRIESMAN | LDC | 03105025037419 | 15.00 |
| 04/24/03 | 6490042 | 01 | SYNTHROID 0.175MG TABS | TA | 00074-7070-13 | 30.000 | 30 | Dr.ROSA | JA | 03105119367265 | 15.00 |
| 04/24/03 | 6493271 | 00 | ATENOLOL 25MG TABS | TA | 53489-0536-01 | 30.000 | 30 | Dr.DRIESMAN | JA | 03105121303505 | 5.00 |
| 04/24/03 | 7493237 | 00 | ONE TOUCH ULTRA 100'S | EA | 53885-0245-10 | 100.000 | 30 | Dr.ROSA | JA | 03105120273493 | .00 |
| 04/29/03 | 6483537 | 03 | DILTIAZEM ER 240MG CAPS | CA | 00093-5118-98 | 30.000 | 30 | Dr.DRIESMAN | JA | 03105162045632 | 5.00 |
| 05/09/03 | 7494788 | 00 | INSULIN NOVOLIN 70/30 | ML | 00169-1837-11 | 10.000 | 20 | Dr.ROSA | KWC | 03105459017563 | .00 |
| 05/12/03 | 6488963 | 02 | LIPITOR 10MG TABS | TA | 00071-0155-23 | 30.000 | 30 | Dr.DRIESMAN | JA | 03105277192772 | 15.00 |
| 05/26/03 | 6493271 | 01 | ATENOLOL 25MG TABS | TA | 53489-0536-01 | 30.000 | 30 | Dr.DRIESMAN | LDC | 03105395953165 | 5.00 |
| 05/28/03 | 6496808 | 00 | DILTIAZEM ER 240MG CAPS | CA | 00093-5118-98 | 30.000 | 30 | Dr.DRIESMAN | LDC | 03105414915228 | 5.00 |
| 06/02/03 | 7494788 | 01 | INSULIN NOVOLIN 70/30 | ML | 00169-1837-11 | 10.000 | 20 | Dr.ROSA | KWC | 03105459020021 | .00 |
| 06/12/03 | 6488963 | 03 | LIPITOR 10MG TABS | TA | 00071-0155-23 | 30.000 | 30 | Dr.DRIESMAN | RFB | 03105542320593 | 15.00 |
| 06/25/03 | 6493271 | 02 | ATENOLOL 25MG TABS | TA | 53489-0536-01 | 30.000 | 30 | Dr.DRIESMAN | LDC | 03105654532947 | 5.00 |
| 06/25/03 | 6496808 | 01 | DILTIAZEM ER 240MG CAPS | CA | 00093-5118-98 | 30.000 | 30 | Dr.DRIESMAN | LDC | 03105654557238 | 5.00 |
| 07/11/03 | 7493237 | 01 | ONE TOUCH ULTRA 100'S | EA | 53885-0245-10 | 100.000 | 30 | Dr.ROSA | JA | 03105793181538 | .00 |
| 07/11/03 | 6501199 | 00 | LIPITOR 10MG TABS | TA | 00071-0155-23 | 30.000 | 30 | Dr.DRIESMAN | JA | 03105795678974 | 15.00 |
| 07/25/03 | 6493271 | 03 | ATENOLOL 25MG TABS | TA | 53489-0536-01 | 30.000 | 30 | Dr.DRIESMAN | JA | 03105913733509 | 5.00 |
| 07/25/03 | 6496808 | 02 | DILTIAZEM ER 240MG CAPS | CA | 00093-5118-98 | 30.000 | 30 | Dr.DRIESMAN | JA | 03105913737303 | 5.00 |
| 08/13/03 | 6501199 | 01 | LIPITOR 10MG TABS | TA | 00071-0155-23 | 30.000 | 30 | Dr.DRIESMAN | JA | 30000000774506 | 15.00 |
| 08/25/03 | 6496808 | 03 | DILTIAZEM ER 240MG CAPS | CA | 00093-5118-98 | 30.000 | 30 | Dr.DRIESMAN | JA | 30000003070108 | 5.00 |
| 08/26/03 | 6505164 | 00 | ATENOLOL 25MG TABS | TA | 53489-0536-01 | 30.000 | 30 | Dr.DRIESMAN | KWC | 30000003498550 | 5.00 |
| 09/12/03 | 6501199 | 02 | LIPITOR 10MG TABS | TA | 00071-0155-23 | 30.000 | 30 | Dr.DRIESMAN | LDC | 30000006818244 | 15.00 |
| 09/16/03 | 6506981 | 00 | CIPROFLOXACIN 500MG TAB | TA | 00555-0815-02 | 20.000 | 10 | Dr.MULDOON | KWC | 30000007784359 | 25.00 |
| 09/23/03 | 6507565 | 00 | DILTIAZEM ER 240MG CAPS | CA | 00093-5118-98 | 30.000 | 30 | Dr.DRIESMAN | LDC | 30000009170056 | 5.00 |
| 09/26/03 | 6505164 | 01 | ATENOLOL 25MG TABS | TA | 53489-0536-01 | 30.000 | 30 | Dr.DRIESMAN | LDC | 30000009704338 | 5.00 |
| 10/14/03 | 6509851 | 00 | LIPITOR 10MG TABS | TA | 00071-0155-23 | 30.000 | 30 | Dr.DRIESMAN | JA | 30000013608371 | 15.00 |
| 10/23/03 | 6507565 | 01 | DILTIAZEM ER 240MG CAPS | CA | 00093-5118-98 | 30.000 | 30 | Dr.DRIESMAN | JA | 30000015469389 | 5.00 |
| 10/27/03 | 6505164 | 02 | ATENOLOL 25MG TABS | TA | 53489-0536-01 | 30.000 | 30 | Dr.DRIESMAN | LDC | 30000016143793 | 5.00 |
| 11/04/03 | 6490042 | 02 | SYNTHROID 0.175MG TABS | TA | 00074-7070-13 | 30.000 | 30 | Dr.ROSA | LDC | 30000017936943 | 15.00 |

03-Dec-03

P A T I E N T   H I S T O R Y

================================

| Date Range: | 01/01/03 | TO | 12/03/03 |
| Drug Class Range: | | TO | |

| 11/11/03 | 6509851 | 01 | LIPITOR 10MG TABS | TA | 00071-0155-23 | 30.000 | 30 | Dr.DRIESMAN | JA | 30000019442549 | 15.00 |
| 11/23/03 | 6505164 | 03 | ATENOLOL 25MG TABS | TA | 53489-0536-01 | 30.000 | 30 | Dr.DRIESMAN | LDC | 30000022098885 | 5.00 |
| 11/23/03 | 6507565 | 02 | DILTIAZEM ER 240MG CAPS | CA | 00093-5118-98 | 30.000 | 30 | Dr.DRIESMAN | LDC | 30000022098914 | 5.00 |
| 12/03/03 | 6490042 | 03 | SYNTHROID 0.175MG TABS | TA | 00074-7070-13 | 30.000 | 30 | Dr.ROSA | JA | 30000024167008 | 15.00 |

Total Patient Pays:      $395.00

I hereby certify that these drugs and medicines were dispensed to the above
named person(s) by order of his (or her) personal physician.

Date: 03-Dec-03        Pharmacist Signature:

# EXHIBIT D



# *Vascular Diagnostic & Imaging Services*

Leslie M. Kutcher, M.D., F.A.C.S., R.V.T.
*Medical Director*
Paul D. Demartini, M.D., F.A.C.S., R.V.T.

Robert L. Lechich, B.S., R.V.T., R.D.M.S., R.D.C.S.
*Technical Director*
Eugene K. Martino, B.S., R.V.T.

**RE:  Albert Lenoci**

**Michael Cavaliere, M.D.**
**Joseph Rosa, M.D.**
**Lawrence Muldoon, M.D.**

On March 1, 2004 Albert Lenoci underwent real time color flow duplex Doppler ultrasound evaluation of the carotid bifurcations bilaterally. This is a 68 year old gentlemen with known coronary artery disease and diabetes and this study was performed to rule out significant concomitant extra-cranial carotid stenoses.

Flow was sampled from the right internal, external and common carotid arteries.  Peak systolic and diastolic velocities are well within the normal range. The internal carotid artery spectrum is moderately broadened with preservation of the spectral window.  These findings are consistent with a widely patent right internal carotid artery with no significant recurrent stenosis.

Flow was sampled from the left internal, external and common carotid arteries.  Peak systolic and diastolic velocities are well within the normal range.  The internal carotid artery spectrum is moderately broadened with preservation of the spectral window.  These findings are consistent with a widely patent left internal carotid artery with no significant recurrent stenosis.

Bilateral antegrade vertebral artery flow is noted.

**IMPRESSION:**  Widely patent right internal carotid artery stenosis. Widely patent left internal carotid artery with no significant stenosis.  Bilateral antegrade vertebral artery flow.

Respectfully,

Paul D. Demartini, M.D.

PDD:ln

*Fairfield Medical Center*
*52 Beach Road  •  Suite 207*
*Fairfield, CT 06824*
*(203) 255-2003  •  Fax: (203) 254-7645*

*Shelton Medical Center*
*9 Cots Street  •  Suite 2D*
*Shelton, CT 06484*
*(203) 922-7870  •  Fax: (203) 922-7873*

# EXHIBIT E

*JAY K. BERKOWITZ, M.D.*
*89 BAYSHORE DRIVE*
*MILFORD, CT 06460*

May 4, 2005

Attorney Ira Grudberg
350 Orange Street
P.O. Box 606
New Haven, CT  06503

Dear Attorney Grudberg:

I have followed Mr. Lenoci since December 2004.  He is being treated for depression with medication as well as psychotherapy.  We have developed an extremely good rapport and I feel he should continue his treatment every other week with me.

Sincerely,

Jay Berkowitz, M.D.

JB/do

*JAY K. BERKOWITZ*
*89 BAYSHORE DRIVE*
*MILFORD, CT 06460*

December 22, 2004

Attorney Ira Grudberg
350 Orange Street
P.O. Box 606
New Haven, CT 06503

Dear Attorney Grudberg:

I have been treating Mr. Alfred Lenoci, Sr. for depression for about 2 months. He has been clinically depressed. The symptoms he illicit are: insomnia, being tearful, isolates, increased anxiety with heart palpitations. Over the last two months, Mr. Lenoci has tried to self medicate by drinking heavily. He is concerned regarding his legal issues as well as failing health, which includes high sugar levels and elevated prostate lab levels.

I feel due to Mr. Lenoci's medical, mental health and alcohol problems he would be best suited to be treated at home. I feel a time away from his doctors who are well acquainted with all of Mr. Lenoci's medical problems could be devastating.

I strongly encourage if at all possible that Mr. Lenoci be confined to his home under house arrest where he could continue with the proper medical and psychiatric treatment necessary.

Please feel free to call me.

Sincerely,

Jay Berkowitz, M.D.

JB/do

# EXHIBIT F



PHONE: 203.334.1461
FAX: 203.382.0060
www.charlessmith.biz



**Est. since 1989**
ORGAN, REACH . . . & BELIEVE
AS WE MOVE INTO THE NEW MILLENNIUM!

**Charles D. Smith, Jr.**
FOUNDER

**Harvey Jackson**
CHAIRMAN

**Dave Carson**
BOARD ADVISOR

**BOARD OF DIRECTORS**
**Paul Bowlin**
**Sharon Ferguson**
**Ron Johnson**
**Dorothy Kenyattaia**
**Ellie Lopez**
**Bob Mihalcik**
**Gordon Myers**
**Dr. Dennis Williams**

**Felipe Floresca**
SENIOR CONSULTANT

**Deborah Sims**
EXECUTIVE DIRECTOR

September 21, 2005

To Whom It May Concern:

RE:    *Alfred Lenoci Sr.*
       *18 Tae Circle*
       *Easton, CT  06612*

This letter is to notify you that Alfred Lenoci, Sr. has completed 250 hours of community service work for our organization, the Charles D. Smith Jr. Foundation, in the months of July 2005 through September 2005.  Mr. Lenoci arrived promptly and was eager to work.  We found him to be a very caring and compassionate person.  It was a pleasure to meet Mr. Lenoci and share his enthusiasm to work.

If you have any questions please call me at (203) 334-1461.

Sincerely,

Maria Valentin
Director



**"Rebuilding our Community through Education**

755 Central Avenue                    Bridgeport, CT                    06607

# EXHIBIT G



Fairfield County Field Office
1722 Bucks Hill Road
Southbury, Connecticut  06488

November 4, 2005

Mr. Alfred Lenoci
c/o United Properties
929 Kings Highway East
Fairfield, CT  06432

Dear Al:

It is a pleasure to notify you that the American Diabetes Association in Fairfield County has selected you as their 2005 winner of the Outstanding Achievement in Raising Dollars Award.

Our awards will be presented at the end of our "Diabetes Symposium" at Sacred Heart University Pitt Center.  The entire Symposium on diabetes education and information will run from 7:30 am to noon. We hope to start the awards ceremony *(depending on the length of the symposium speakers)* approximately at 11:30 am.  We will be located on the basketball court to the right as you walk in the second double doors.

We would love to have any of your family members attend for either the Ceremony or the entire Symposium.  If they can make the Symposium, please have them call me (203-264-1920), as I need a count for the full breakfast we are serving.

We appreciate your continued support and caring to be involved with the American Diabetes Association.  Without you, we could not do all we do here in Fairfield County.  This Symposium is just one example of what you help make happen.  The power of one person is so important.

We look forward to seeing you on November 10th at the Sacred Heart University Pitt Center.

Very truly yours,

Diane T. Creed
Director

PS  Just a note….classes are in session and parking is at a premium.  You may wish to come a little earlier in case you need to park off site at the Discovery Museum, where we will have a shuttle bus.

# EXHIBIT H



*Arnold E. DoRosario, M.D.*
*Joseph A. Rosa, M.D.*
*Amit Rastogi, M.D.*
*Ioana S. Preda, M.D.*
*Joseph Tortorello, M.D.*

*Internal Medicine*
*Endocrinology*
*Geriatric Medicine*

November 11, 2005


Ira B. Grudberg, Esq.
Law Offices of Jacobs, Grudberg, Belt, Dow, and Katz, P.C.
350 Orange Street
P.O. Box 606
New Haven, CT 06503-0606

RE: Mr. Alfred Lenoci, Sr.

Dear Attorney Grudberg:

The following is an update on Mr. Lenoci's health status as per your request. Mr. Lenoci was seen on September 30, 2005, at which time he was here for follow-up regarding his diabetes which is complicated by peripheral vascular disease, coronary artery disease, and hyperlipidemia. He has a history of hypothyroidism with thyroid hormone influencing glycemic control based on the status of his thyroid hormone levels. The patient has a history of prostate cancer, and has been followed by Dr. Lawrence Muldoon, and has been receiving radiation, and has been followed by Dr. Iannuci at St. Vincent's Medical Center.

The patient's medications consist of 70/30 insulin. He presently is maintained on 25 units in the morning and 25 units in the evening. He is on Tricor 145 mg daily, Lipitor 20 mg daily, atenolol 50 mg daily, and Synthroid 175 mcg daily.

His retinal eye exams are performed every six months to assess for any changes from diabetes, and to look for preproliferative or proliferative diabetic retinopathy which may be a risk to his vision. The patient recently has been shown to have hyperglycemia with deterioration of his glycemic control, this documented by his laboratory data which showed a rise in his glycohemoglobin from 7.4 to above 9.

The patient, on recent physical examination, demonstrated a blood pressure of 127/78, heart rate of 68, and respirations of 18. Carotids were 2+ without bruits. Chest was clear. Heart, S1, S2 without any murmurs, gallops, or rubs. Extremities showed no clubbing, cyanosis, or edema. Filament testing was intact. His blood sugar done prior to breakfast was 257.

Assessment at this time: Poorly controlled diabetes. We have recommended that the patient continue to monitor his blood sugars, 75/25 insulin was increased in the morning to 30 units, evening dose was continued, and the patient was asked to monitor his blood sugars in the evening to assess the possibility of nocturnal hypoglycemia.

In my opinion, it is important that Mr. Lenoci be monitored closely given the deterioration in his recent diabetes control. The importance of monitoring his vision on regular intervals given the fact that his one eye has scarred over the lens, and he is limited with his vision to the left eye, if I remember correctly. The patient also, with his deterioration in glucose status, should be monitoring blood sugars at a regular basis before meals, and at bedtime, and as well as 3 a.m. blood sugars to rule out nocturnal hypoglycemia (blood sugars dropping at night) in order to reassess and treat the patient's glycemic control. The patient's management plan is to achieve normal or near glycemic control with his glycohemoglobins to

become 7 or less, to prevent hypoglycemia given the fact that he does have a history of coronary artery disease, and peripheral vascular disease.

Ira B. Grudberg, Esq.
RE: Alfred Lenoci
November 11, 2005
Page 2

Hypoglycemia may precipitate arrhythmias, stroke, and heart attack. The patient has been counseled on nutrition, and if we see no improvement, we will need the services of a registered dietician who is also a certified diabetes educator. The patient will remain on his present split mix insulin, and if need be, this can be adjusted or changed to another split mix preparation. The patient will have his blood sugars and laboratory data reassessed. Laboratory data will be reassessed in three months to further assess his glycohemoglobin and the patient will be seen in consultation. The patient will be seen and reassessed in December.

I cannot emphasize enough at this point the close monitoring that Mr. Lenoci will require in order to correct his diabetes, and improve his glycemic control, and also to monitor the progression of his potential complications. If you have any further questions, with the permission of the patient, please feel free to contact my office.

Sincerely yours,

Joseph A. Rosa, M.D.
JR/fb
DD: 11/11/05
DT: 11/11/05