UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Docket No. 01-cr-252 (JBA) |
| | : | |
| ALFRED LENOCI, SR. | : | |

## **APPEARANCE**

To the Clerk of this Court and all parties of record:    Enter my appearance as counsel in this case for the United States of America.


Date: November 21, 2005


Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


SANDRA S. GLOVER
ASSISTANT U.S. ATTORNEY
Federal Bar No. CT24354
157 Church Street, 23rd Floor
New Haven, CT  06510
Tel.: (203) 821-3700
Fax: (203) 773-5378
Sandra.Glover@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 21st day of November, 2005, a copy of the foregoing was sent by first-class mail to:

Ira B. Grudberg, Esq.
Jacobs, Grudberg, Belt, Dow & Katz, P.C.
350 Orange Street
New Haven, CT 06511


_____
Sandra S. Glover
Assistant U.S. Attorney