UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| V | :     CASE NO: 3:01CR252 JBA |
| ALFRED LENOCI, SR | : |

**AMENDED JUDGMENT**

The Judgment and Order of Commitment entered by this Court in the above-entitled case on July 22, 2003, be amended is follows:

**The defendant is ordered to voluntarily surrender by noon on June 14, 2006, to the United States Marshal or to the facility designated by Bureau of Prisons.**

**The Court recommends to the Bureau of Prisons that the defendant be designated to the Camp at FCI Otisville**.

In all other respects the Judgment and Order of Commitment entered by this Court on July 22, 2003 remains in effect.

Dated at New Haven, Connecticut: May   12,2006

IT IS SO ORDERED

_____/s/_____
Janet Bond Arterton
United States District Judge