

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA | |
|---|---|
| VS | NO. 3:01CR252(JBA) |
| ALFRED LENOCI, SR. | JUNE 12, 2006 |

**MOTION TO EXTEND DATE FOR SELF-SURRENDER**

Defendant represents to the court and moves as follows:

1. Although a number of weeks have passed since the judgment in this matter was reentered after remand from the Second Circuit, and notwithstanding the fact that the court recommended to the Bureau of Prisons incarceration of this defendant at the Otis Camp, defendant has not been notified of any designation.

2. Mr. Lenoci is scheduled for self-surrender on Wednesday, June 14, 2006. I most recently talked with Marshal's Office this morning, and they have received no designation.

3. Defendant is approximately 70 years old, and, because of his age and health, incarceration at a local state jail facility would be a real problem.

Wherefore, defendant moves that his self-surrender date be put off approximately three weeks, as counsel is informed that the Bureau of Prisons is seriously behind in its designation, which was the case in another recent case of undersigned counsel.

THE DEFENDANT,
ALFRED LENOCI, SR.

By _____
Ira B. Grudberg (ct00178)
JACOBS, GRUDBERG, BELT & DOW, P.C.
350 Orange Street
New Haven, Connecticut 06511
Telephone No. (203) 772-3100
Fax No. (203) 772-1691
igrudberg@jacobslaw.com

## CERTIFICATION

I hereby certify that a copy of the Defendant's Motion to Extend Date for Surrender has been faxed this 12th day of June, 2006 to:

Fax: 773-5376
Attorney Sandra S. Glover
Assistant United States Attorney
Office of the United States Attorney
157 Church Street
23rd Floor
New Haven, CT 06510

_____
Ira B. Grudberg