```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

**UNITED STATES OF AMERICA**                    :

**v.**                                          : **NO. 3:01CR252(JBA)**

**ALFRED LENOCI, SR**                           :

<u>**ENDORSEMENT ORDER [#48]**</u>

      Defendant's motion to extend date for self surrender is GRANTED, until June 21, 2006.  Defendant shall self surrender by noon to the facility designated by the Bureau of Prisons or as directed by the United States Marshal.

                                      IT IS SO ORDERED.

                                _____/s/_____
                                Janet Bond Arterton
                                United States District Judge

**Dated at New Haven, Connecticut: June 13,2006**